UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THO VAN HUYNH, <br><br> Petitioner, <br> v. <br><br> PAMELA BONDI, KRISTI NOEM, CAMMILLA WAMSLEY, BRUCE SCOTT, AND UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, <br><br> Respondent. | Case No. 2:25-cv-02093-KKE-TLF <br><br> ORDER APPOINTING THE FEDERAL PUBLIC DEFENDER |

This is a federal habeas action brought under 28 U.S.C. § 2241. This matter comes before the Court at the present time on petitioner's motion to appoint counsel. Dkt. 2. The Court, having reviewed petitioner's motion, and the balance of the record, hereby finds and ORDERS as follows:

(1) Petitioner's motion to appoint counsel (Dkt. 2) is GRANTED and the Federal Public Defender for the Western District of Washington is appointed as counsel of record for petitioner. While there is no constitutional right to appointment of counsel in actions brought under § 2241, the Court may exercise its discretion to appoint counsel for a financially eligible individual where the "interest of justice so requires." *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983) (quoting Rule 8(c), 28 U.S.C. § 2254); *see also* 18 U.S.C. § 3006A. This Court concludes, based upon its review of the record, that petitioner is financially eligible for appointment of counsel in this federal habeas

ORDER APPOINTING THE FEDERAL PUBLIC
DEFENDER - 1

proceeding, and that the interests of justice warrant such an appointment given the complexity of the issues raised by petitioner and the reported size of the state court record.

    (2)    The Clerk is directed to send copies of this Order to petitioner, to the Federal Public Defender's Office, and to the Honorable Kymberly K. Evanson.

Dated this 28th day of October, 2025.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER APPOINTING THE FEDERAL PUBLIC DEFENDER - 2