UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THO VAN HUYNH,<br>              Petitioner,<br>v.<br><br>PAMELA BONDI, et al.,<br>              Respondents. | CASE NO. C25-2093-KKE<br><br>ORDER DIRECTING PARTIES TO MEET AND CONFER AND FILE A JOINT STATUS REPORT |

Petitioner Tho Van Huynh filed a petition for writ of habeas corpus to obtain his release from immigration detention and prevent his deportation to a third country. *See* Dkt. No. 1. Respondents deny they are currently attempting to remove Petitioner to any country other than Vietnam (Dkt. No. 8 ¶ 17) and assert that Petitioner's removal will likely occur in the reasonably foreseeable future (Dkt No. 7 at 8). The Court accordingly ORDERS the following:

- Counsel for the parties shall meet and confer and file a joint status report on: (1) any updates to the timeline for Petitioner's anticipated removal; and (2) whether Respondents will agree to a stipulated order not to deport Petitioner to any country other than Vietnam while this case is pending.

- The parties' joint status report is due by December 3, 2025.

Dated this 24th day of November, 2025.

*Kymberly K Evanson*
_____
Kymberly K. Evanson
United States District Judge

ORDER DIRECTING PARTIES TO MEET AND CONFER AND FILE A JOINT STATUS REPORT - 1