UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THO VAN HUYNH, <br><br> Petitioner(s), <br><br> v. <br><br> PAMELA BONDI, et al., <br><br> Respondent(s). | CASE NO. C25-2093-KKE <br><br> STIPULATED ORDER REGARDING THIRD COUNTRY REMOVAL |

Petitioner Tho Van Huynh filed a habeas petition challenging his immigration detention. Dkt. No. 1.  In that petition, he seeks an order preventing his removal to any country other than Vietnam. *Id.* at 16–17.  On November 24, 2025, the Court ordered the parties to meet and confer on whether Respondents would agree to a stipulated order not to remove Petitioner to any country other than Vietnam while this case is pending.  Dkt. No. 10.  On December 3, 2025, the parties filed a joint status report indicating that Respondents agree to a stipulated order not to deport Petitioner to a third country.  Dkt. No. 11 at 2.

Accordingly, while this case is pending, Respondents shall not remove Petitioner to any country other than Vietnam.  It is so ORDERED.

Dated this 4th day of December, 2025.

Kymberly K. Evanson
United States District Judge

STIPULATED ORDER REGARDING THIRD COUNTRY REMOVAL - 1