## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THO VAN HUYNH,<br><br>                        Petitioner(s),<br>    v.<br><br>PAMELA BONDI, et al.,<br><br>                        Respondent(s). | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER C25-2093-KKE |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

    The Court GRANTS Huynh's petition for writ of habeas corpus (Dkt. No. 1). Respondents are ORDERED to immediately release Huynh from custody under the conditions of his most recent order of supervision.

    Dated December 11, 2025.

                                                      Ravi Subramanian
                                                      Clerk of Court

                                                      */s/ Alejandro Pasaye Hernandez*
                                                      Deputy Clerk